

# NUMBER 13-20-00418-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE PETER GREGORY STRIKER

## On Petition for Writ of Mandamus.

# ORDER

### Before Justices Benavides, Hinojosa, and Tijerina
### Order Per Curiam

Relator Peter Gregory Striker filed a petition for writ of mandamus and motion for emergency stay in the above cause seeking to vacate the trial court's September 10, 2020 "Order On Verified Petition For Deposition To Investigate Claims." The judgment orders that Striker appear for an oral deposition to investigate a potential claim and produce certain documents within forty-five days. Through the motion for emergency stay, relator seeks to stay the trial court's order pending resolution of this original proceeding.

The Court, having examined and fully considered the motion for emergency stay, is of the opinion that the motion should be granted. The motion for emergency stay is

GRANTED and the trial court's judgment of contempt is ordered STAYED pending further order of this Court, or until the case is finally decided. See TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

The Court requests that the real party in interest, Lone Star National Bank, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
21st day of October, 2020.